IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARGARET POWELL,

        Plaintiff,

  v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

        Defendant.
_____/

No. C 13-05393  RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 20, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION:  The parties are hereby REFERRED to the court's ADR department for the purpose of engaging in mediation to take place, ideally, within the next 90 days.

    2.    BRIEFING SCHEDULE.

A.  On or before August 19, 2014, the parties will file simultaneous opening briefs.

B.  On or before September 2, 2014, the parties will file simultaneous opening briefs.

CASE MANAGEMENT SCHEDULING ORDER

3.  TRIAL DATE.  A bench trial shall commence on **September 15, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   February 20, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2