UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARGARET POWELL,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.

No. C 13-5393 JD

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     June 19, 2014
Mediator:  Mark Humbert

IT IS HEREBY ORDERED that the request to excuse defendant Liberty Life Assurance Company of Boston's client representative from appearing in person at the June 19, 2014, mediation before Mark Humbert is GRANTED.  The representative shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 12m 2014

Dated

By: _____
Maria-Elena James
United States Magistrate Judge